## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 526 EAL 2017 |
| | : | |
| Respondent | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the **Published Opinion and Order** of |
| v. | : | the Superior Court at No. 3150 EDA |
| | : | 2015, at 172 A.3d 661 (Pa. Super. |
| | : | 2017) entered on October 19, 2017, |
| TAYQUINE DIGGS, | : | **vacating and remanding** the Order |
| | : | of the Philadelphia County Court of |
| Petitioner | : | Common Pleas at No. MC-51-CR- |
| | : | 0000390-2013 entered on October 2, |
| | : | 2015 |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 6th day of August, 2019, the Petition for Allowance of Appeal is **GRANTED**. The Order of the Superior Court and the Order of the Court of Common Pleas of Philadelphia County denying the motion to dismiss are **VACATED**. The matter is **REMANDED** to the common pleas court for reconsideration in light of *Commonwealth v. Perfetto*, __ A.3d __, 2019 WL 1866653 (Pa. April 26, 2019).